Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 AUG 21  AM 10:43

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the

District of

Division

Case No. __8:24CV326__
(to be filled in by the Clerk's Office)

Cornelius Pratt

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Micheal Meyers

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

RECEIVED
AUG 21 2024
CLERK
U.S. DISTRICT COURT

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

　A. **The Plaintiff(s)**

　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.
　　Name: Douglas Co. Dept. of Corrections
　　Address: 710 S. 17th Street,
　　Omaha　NE　68102
　　　　City　State　Zip Code
　　County:
　　Telephone Number:
　　E-Mail Address:

　B. **The Defendant(s)**

　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

　　Defendant No. 1
　　Name: Douglas Co. Correctional Officers
　　Job or Title (if known):
　　Address: 710 S. 17th Street
　　Omaha　Ne.　68102
　　　　City　State　Zip Code
　　County:
　　Telephone Number:
　　E-Mail Address (if known):
　　☐ Individual capacity　☑ Official capacity

　　Defendant No. 2
　　Name:
　　Job or Title (if known):
　　Address:
　　　　City　State　Zip Code
　　County:
　　Telephone Number:
　　E-Mail Address (if known):
　　☐ Individual capacity　☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

                  *City*        *State*        *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

                  *City*        *State*        *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☒ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

They striped search me in Module 20 and left me butt necked for over 3 hours twice. 3/16/22

B.  What date and approximate time did the events giving rise to your claim(s) occur?    2/15/24

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was sent to Unit 20 by 3 or 4 officers. When I got to Unit 20, they striped search me and took all my clothes. I was thinking that they were going to bring me some clothes, but they left me in my room butt necked both times listed above for over 3 hours. Saying that I have to earn my clothes piece by piece from good behavior. I would like for them to show the camera as proof of my claim. Also have the officer to show body cameras as evidence.

Page 4 of 6

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered inbarrasment, Cruel and unusal punishment, I suffered traumatic stress and depression. Officer Grothe is a witness, Grievances #'s ref. 18,731,864 ref. 20,441,442

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request $20,000.00

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Cornelius Pratt, Immanuel*
Printed Name of Plaintiff: *Cornelius Immanuel Pratt*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
  City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____

Cornelius Pratt
Printed Name
3265407   11   3
Data #    Module #
Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA NE 680
19 AUG 2024 PM 2 L

US District Court
District of Nebraska
111 South 18 Plaza
Omaha, NE. 68102

RECEIVED
AUG 21 2024
CLERK
U.S. DISTRICT COURT

68102-132277